[No. 27926-6-II. Division Two. August 26, 2003.]

BRUCE A. LARSON, SR., *as Personal Representative*, ET AL., *Appellants*, v. MOA HOSPITALITY, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-08418-3, Marywave Van Deren, J., entered October 25, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 28151-1-II. Division Two. August 26, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD JOSEPH BOCANEGRA, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-00502-1, Anna M. Laurie, M. Karlynn Haberly, and Thomas J. Majhan, JJ., entered December 19, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 28229-1-II. Division Two. August 26, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JANUARY MARJORIE KENNEDY, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 01-1-00054-2, Kenneth D. Williams, J., entered January 3, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Houghton and Bridgewater, JJ.